IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                                Criminal Action No.
                                                   22-00138-07-CR-W-SRB

REGGIE MCDOWELL,

                Defendants.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:
<u>Count 1</u>: Conspiracy to Distribute 500 Grams or More of Methamphetamine *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846
<u>Counts 2, 4, 5, 6, 8, 11, 19</u>: Distribution of Methamphetamine, Fentanyl, and Cocaine *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(C)
<u>Counts 3, 7, 9, 20, 24</u>: Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)
<u>Count 23</u>: Possession with Intent to Distribute Methamphetamine *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(C)

**TRIAL COUNSEL**:
        Government: Stephanie Bradshaw, co-counsel, and a paralegal
            Case Agent: Steven White, ATF
        Defense: Justin Johnston (CJA) and possibly his paralegal

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**:
        Government: None
        Defense: Motions in limine

**TRIAL WITNESSES**:
        Government: 5 with stipulations; 6 without stipulations
        Defense: 5 witnesses, including Defendant who     ( ) will
                                                               ( x ) may
                                                                ( ) will not testify

**TRIAL EXHIBITS**:
        Government: 20-30 exhibits

Defense: 10-15 exhibits

**DEFENSES**:
( x ) defense of general denial
(   ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
(   ) Definitely for trial              (   ) Possibly for trial
(   ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**: **4 days**
Government's case including jury selection: 3 days
Defense case: 1 day

**STIPULATIONS**:
(   ) not likely
(   ) not appropriate
( x ) likely as to:
    ( x ) chain of custody
    ( x ) chemist's reports
    (   ) prior felony conviction
    ( x ) interstate nexus of firearm
    (   ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**: 3/4/2024
Government: 3/4/24
Defense: 3/4/24
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: 3/4/2024
**Jury instructions must comply with Local Rule 51.1**
**Motions in Limine**: 3/4/2024

**TRIAL SETTING**: Criminal jury trial docket commencing 3/18/2024
**Please note**: *Any conflicting settings on trial docket?* None

**OTHER**:
(   ) A _____-speaking interpreter is required.
(   ) Other assistive devices: _____

    **IT IS SO ORDERED.**

    */s/ Jill A. Morris*
    JILL A. MORRIS
    United States Magistrate Judge